## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. AND | § | |
| UNILOC LUXEMBOURG, S.A., | § | Civil Action No. 2:16-cv-642-JRG |
| *Plaintiffs*, | § | LEAD CASE |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| BEETALK PRIVATE LIMITED, | § | Civil Action No. 2:16-cv-725-JRG |
| *Defendants*. | § | |

## ORDER

Having considered the Unopposed Motion to Dismiss With Prejudice All Claims Against BeeTalk Private Limited (Dkt. No. 233) filed by Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively "Uniloc"), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that:

1.    Any and all claims by Uniloc against Defendant BeeTalk Private Limited ("BeeTalk") in Case No. 2:16-cv-725 are **DISMISSED WITH PREJUDICE**.

2.    Uniloc and BeeTalk shall each bear their own attorney fees, expenses, and costs.

3.    All other relief requested between Uniloc and BeeTalk is hereby **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** Case No. 2:16-cv-725.

## So Ordered this

**May 15, 2017**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE